■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CARLOS N. ALCAREZ. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. FOSTER DASH. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN MOBLEY. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED J. FASCHINO. (E) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES NICKENS. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

[In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.